TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: 202-532-5994
Fax: 202-305-0275
paul.turcke@usdoj.gov

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>              Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>              Defendants. | Case No. 3:25-cv-00003-HRH |

## STATUS REPORT REGARDING OIL AND GAS LEASE SALE

Defendants U.S. Department of the Interior, et al., hereby provide this update on the status of the second lease sale for Arctic National Wildlife Refuge Coastal Plain Oil and Gas Leasing Program. The Bureau of Land Management on January 8, 2025, issued an announcement stating that no bids were received for the second lease sale offered under the 2017 Tax Act. *See* https://www.doi.gov/pressreleases/arctic-refuge-lease-sale-yields-no-interest. In light of the foregoing, the bid opening scheduled for

January 10, 2025 (originally January 9, 2025), will not be held.

Respectfully submitted.

DATED:  January 8, 2025.                    TODD KIM
                                             Assistant Attorney General
                                             United States Department of Justice
                                             Environment and Natural Resources Division

                                             */s/ Paul A. Turcke*
                                             PAUL A. TURCKE (Idaho Bar No. 4759)
                                             Trial Attorney, Natural Resources Section
                                             1290 West Myrtle Street, Suite 500
                                             Boise, ID 83702
                                             202-532-5994 || 202-305-0275 (fax)
                                             paul.turcke@usdoj.gov

                                             *Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                        */s/ Paul A. Turcke*
                         Paul A. Turcke