TREG TAYLOR
ATTORNEY GENERAL

Mary H. Gramling (Bar No. 1011078)
Chief Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2417
Email: mary.gramling@alaska.gov

Kathleen C. Schroder (*pro hac vice* pending)
Mark E. Champoux (*pro hac vice* pending)
Davis Graham & Stubbs LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
Telephone: (303) 892-9400
Facsimile: (303) 893-1379
Email: katie.schroder@davisgraham.com
mark.champoux@davisgraham.com

Ronald W. Opsahl (Bar No. 2108081)
Senior Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5232
Facsimile: (907) 279-2834
Email: ron.opsahl@alaska.gov

Attorneys for the State of Alaska

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, DEB HAALAND, in her official capacity as Secretary of the Department of the Interior, LAURA DANIEL-DAVIS, in her official capacity as Acting Deputy Secretary, BUREAU OF LAND MANAGEMENT, TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management, and STEVEN M. COHN, in his official capacity as State Director of the Bureau of Land Management Alaska Office,<br><br>    Defendants. | Case No.: 3:25-cv-00003-SLG<br><br>**State of Alaska's Notice of Appearance of Mary Hunter Gramling** |

Please take notice that Mary Hunter Gramling enters an appearance as counsel of record in the above-captioned matter. Service of any papers not served through the Court's ECF system should be emailed to mary.gramling@alaska.gov or sent to the address listed below:

>Mary Hunter Gramling
>Chief Assistant Attorney General
>Office of the Attorney General
>Oil & Gas Section
>Department of Law
>PO Box 110300
>Juneau, AK 99811-0300
>mary.gramling@alaska.gov

DATED: January 15, 2025.

>TREG TAYLOR
>ATTORNEY GENERAL
>
>By: *s/ Mary Hunter Gramling*
>    Mary Hunter Gramling
>    (Alaska Bar No. 1011078)
>    Chief Assistant Attorney General
>
>Attorney for the State of Alaska

## CERTIFICATE OF SERVICE

I certify that on January 15, 2025, the foregoing State of Alaska's Notice of Appearance was served electronically on all parties listed on the CM/ECF system.

>*/s/ Mary Hunter Gramling*
>Mary Hunter Gramling
>Chief Assistant Attorney General
>(Alaska Bar No. 1011078)

*State of Alaska v. U.S. Dep't of the Interior, et al.*   Case No.: 3:25-cv-00003-SLG
Notice of Appearance                                       Page **2** of **2**
Case 3:25-cv-00003-SLG   Document 11   Filed 01/15/25   Page 2 of 2