ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994
paul.turcke@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　　　　Defendants. | Case No. 3:25-cv-00003-SLG |

**UNOPPOSED MOTION TO STAY**

　　　Defendants U.S. Department of the Interior, et al., respectfully move to stay all case deadlines in this case as well as the related case *Alaska Industrial Development and Export Authority v. Bureau of Land Management*, No. 3:24-cv-00282-SLG.

　　　Both cases challenge the December 2024 Coastal Plain Oil and Gas Leasing Program Record of Decision ("2024 ROD") selecting Alternative D2 from the November 2024 Final Coastal Plain Oil and Gas Leasing Program Supplemental Environmental Impact Statement ("SEIS"). *See* Compl. ¶ 1, Dkt. 1. Presently, the deadline to answer or

otherwise respond to the complaint is July 24, 2025, and the deadline to file an administrative record is September 22, 2025. *See* Text Order, Dkt. 18.

Good cause exists to stay further proceedings. In furtherance of Executive Order 14153 and Secretary's Order 3422, Defendants have formally expressed an intent to issue a new decision that will supersede the 2024 ROD. Under similar circumstances involving earlier challenges to the 2020 ROD for the Coastal Plain Oil and Gas Leasing Program, this Court found it appropriate to maintain stays of further proceedings because no party would be prejudiced by a stay and that awaiting timely agency action "appears to be the most efficient course of action." Order 11-12, *Gwich'in Steering Comm. v. Burgum*, No. 20-cv-204-SLG, Dkt. 123. In order to align with the Court's approach in those cases involving the same decisionmaking processes, the parties propose to file a joint status report on or before September 30, 2025, or within five days following issuance of a new ROD.

Counsel have conferred, and Plaintiff does not oppose this motion. Respectfully submitted.

DATED: July 18, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

Lindsay Cronin
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4621
lindsay.cronin@sol.doi.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on July 18, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                                  */s/ Paul A. Turcke*
                                  Paul A. Turcke