ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994
paul.turcke@usdoj.gov

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br> v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | Case No. 3:25-cv-00003-SLG |

## JOINT STATUS REPORT

This case, and the related case *Alaska Industrial Development and Export Authority v. Bureau of Land Management*, No. 3:24-cv-00282-SLG ("*AIDEA*"), both challenge the December 2024 Coastal Plain Oil and Gas Leasing Program Record of Decision ("2024 ROD") selecting Alternative D2 from the November 2024 Final Coastal Plain Oil and Gas Leasing Program Supplemental Environmental Impact Statement ("SEIS"). As Defendants recently reported, the Department of the Interior issued a new

*State of Alaska v. U.S. Dep't of the Interior*              Case No. 3:25-cv-00003-SLG
JOINT STATUS REPORT                                          1

Case 3:25-cv-00003-SLG    Document 25    Filed 11/19/25    Page 1 of 3

Record of Decision on October 23, 2025 ("2025 ROD"), which superseded the 2024 ROD. The 2025 ROD, along with related documents, can be viewed on the Bureau of Land Management's Eplanning website at https://eplanning.blm.gov/eplanning-ui/project/2038038/570.

In response to the parties' previous status report in *AIDEA*, the Court directed filing of a further status report no later than seven days after the restoration of congressional appropriations funding the federal government. *See* Text Order, *AIDEA*, Dkt. 21. The parties are conferring and will promptly advise the Court if they determine a way to resolve this litigation or propose to file a further status report not later than January 16, 2026.

Respectfully submitted.

DATED: November 19, 2025.     ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ Paul A. Turcke
PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

LINDSAY CRONIN
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4621
lindsay.cronin@sol.doi.gov

STEPHEN J. COX
ATTORNEY GENERAL

Ronald W. Opsahl (Alaska Bar No. 2108081)
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
907-269-5232
ron.opsahl@alaska.gov

By: */s/ Kathleen C. Schroder* (consent)
Kathleen C. Schroder (admitted *pro hac vice*)
Mark E. Champoux (admitted *pro hac vice*)
Davis Graham & Stubbs LLP
1550 Seventeenth St., Suite 500
Denver, CO 80202
303-892-9400
katie.schroder@davisgraham.com
mark.champoux@davisgraham.com

*Attorneys for the State of Alaska*

### CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke