ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994
paul.turcke@usdoj.gov

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

STATE OF ALASKA,

                    Plaintiff,

     v.

U.S. DEPARTMENT OF THE INTERIOR,
et al.,

                   Defendants.

Case No. 3:25-cv-00003-SLG

## JOINT STATUS REPORT

This case, and the related case *Alaska Industrial Development and Export Authority v. Bureau of Land Management*, No. 3:24-cv-00282-SLG, both challenge the December 2024 Coastal Plain Oil and Gas Leasing Program Record of Decision ("2024 ROD") selecting Alternative D2 from the November 2024 Final Coastal Plain Oil and Gas Leasing Program Supplemental Environmental Impact Statement. As Defendants previously reported, counsel have been conferring regarding how this litigation is affected by the October 23, 2025, Record of Decision, which superseded the 2024 ROD.

Case 3:25-cv-00003-SLG    Document 33    Filed 06/17/26    Page 1 of 3

*See* Joint Status Report, Dkt. 31.  In addition, Congress passed, and the President signed into law, a joint resolution providing for disapproval of the 2024 ROD under the Congressional Review Act, 5 U.S.C. §§ 801-808.  *See* Pub. L. No. 119-52, 139 Stat. 701 (Dec. 11, 2025).

In accordance with the Court's previous order, Dkt. 32, the parties advise that they continue their efforts at resolving this litigation but require additional time to obtain requisite approvals within the Department of the Interior and the Department of Justice. The parties propose to file pleadings to resolve this case or a further status report not later than July 17, 2026.

Respectfully submitted.

DATED:  June 17, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

LINDSAY CRONIN, Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4621
lindsay.cronin@sol.doi.gov

CORI MILLS
ACTING ATTORNEY GENERAL

Ronald W. Opsahl (Alaska Bar No. 2108081)
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
907-269-5232
ron.opsahl@alaska.gov

By:    */s/ Kathleen C. Schroder* (consent)
Kathleen C. Schroder (admitted *pro hac vice*)
Mark E. Champoux (admitted *pro hac vice*)
Davis Graham & Stubbs LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
303-892-9400
katie.schroder@davisgraham.com
mark.champoux@davisgraham.com

*Attorneys for the State of Alaska*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke

Case 3:25-cv-00003-SLG    Document 33    Filed 06/17/26    Page 3 of 3